FRANCIS E. CASTLE et al., as· Executors, etc., Respondents, *v.* HARRY H. KOCH, as Sheriff, etc., Appellant.

(Argued February 12, 1885 ; decided March 3, 1885.)

*Martin Clark* for appellant.

*George Wing* for respondents.

Agree to affrm ; no opinion.
All concur.
Judgment affirmed.

———————

JOHN DRABRISKIE, Administrator, etc., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued February 12, 1885 ; decided March 3, 1885.)

*E. B. Hinsdale* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.